## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 22nd day of September, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA HAND DELIVERY

LYONS, DOUGHTY & VELDHUIS
Stephen P. Doughty, Esquire
1300 N. Market Street, Suite 700
Wilmington, DE  19801

Mary E. Augustine (No. 4477)

602216v1